986 A.2d 47

Diego CRUZ–ORTIZ, Petitioner

v.

CLERK OF COURT, COURT OF COMMON PLEAS PHILADELPHIA, PENN., Respondent.

No. 135 EM 2009.

Supreme Court of Pennsylvania.

Dec. 21, 2009.

## ORDER

PER CURIAM.

AND NOW, this 21st day of December, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Prohibition is **DENIED.**

986 A.2d 48

PHILADELPHIA ACADEMY CHARTER SCHOOL, INC., Petitioner

v.

CHARTER SCHOOL CHOICE, INC., Respondent.

No. 134 EM 2009.

Supreme Court of Pennsylvania.

Dec. 21, 2009.

## ORDER

PER CURIAM.

AND NOW, this 21st day of December, 2009, the Petition for Permission to Appeal Interlocutory Order, treated as a Petition for Relief Pursuant to Pa.R.A.P. 123, is **DENIED.**